UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JONATHAN SCHWARTZ,

                    Plaintiff,                    17-CV-04124 (SN)

     -against-                                    **ORDER**

SENSEI, LLC, et al.,

                    **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The conference scheduled for Monday, January 13, 2020, ECF No. 141, is adjourned without a date. By February 3, 2020, Plaintiff's counsel is directed to submit a letter explaining why the Court should address the merits of the discovery dispute in Plaintiff's January 8, 2020 letter now, ECF No. 140, given that the Court extended the discovery deadline in this case pending resolution of the motions to dismiss. See ECF No. 139.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     January 10, 2020
                  New York, New York