UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JONATHAN SCHWARTZ,

                              Plaintiff,

      -against-

SENSEI, LLC, et al.,

                              Defendants.
-----------------------------------------------------------------X

17-CV-04124 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On the consent of counsel to Defendant Sensei, LLC, Peter Levine, a default is entered as to Sensei, LLC, and Sensei, LLC's motion to dismiss at ECF No. 123 is DENIED as moot. The Court will address the issue of damages after a decision on the remaining motions to dismiss. The clerk of Court is respectfully requested to terminate the motion at ECF No. 123.

**SO ORDERED.**

                                                              _____
                                                              SARAH NETBURN
                                                               United States Magistrate Judge

DATED:      February 14, 2020
                New York, New York