UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JONATHAN SCHWARTZ,

                        **Plaintiff,**                                1:17-CV-04124 (SN)

            -against-                                    **RULE 54(b) JUDGMENT**

SENSEI, LLC d/b/a KAVIVA, et al.,

                        **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On September 30, 2020, the Court entered an Opinion and Order dismissing the allegations against Defendants (i) Odeon Capital Group, LLC; (ii) Sean Daniel McDevitt; and (iii) Alexander Eric Furer in their entirety. ECF No. 146. There being no just reason for delay, the Clerk of Court is directed to enter judgment pursuant to Federal Rule of Civil Procedure 54(b) dismissing the action against these three defendants. Sensei, LLC, shall remain as the sole defendant.

**SO ORDERED.**

DATED:    New York, New York
                 October 5, 2020

                                                          SARAH NETBURN
                                                          United States Magistrate Judge

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 10/5/2020*