UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JONATHAN SCHWARTZ,

                             **Plaintiff,**                     **17-CV-04124 (SN)**

     -against-                                      **ORDER**

SENSEI, LLC, et al.,

                             **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On March 29, 2021, the Court set a briefing schedule for a damages inquest, indicating that the Plaintiff should file their proposed findings of fact and conclusions of law by April 29, 2021, and that the Defendant should respond within thirty days of service. In addition, the Plaintiff was directed to serve the Defendant at its last known address. Accordingly, before the Court deems this matter fully submitted, the Plaintiff shall file proof of service on the docket indicating on what date the Defendant was served.

**SO ORDERED.**

                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

Dated: June 15, 2021
       New York, New York