UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JONATHAN SCHWARTZ,

        **Plaintiff,**        17-CV-04124 (SN)

   -against-            <u>**ORDER**</u>

SENSEI, LLC, et al.,

        **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

  On June 15, 2021, the Court issued an Order directing the Plaintiff to file proof of service on the docket before deeming the damages inquest fully briefed. <u>See</u> ECF No. 150. On June 30, 2021, the Plaintiff filed proof of service *of the Complaint* on the docket, not proof of service of the *damages inquest filings*. <u>See</u> ECF No. 151. Accordingly, the Court again directs the Plaintiff to file proof that the Defendants were served with the damages inquest filings (ECF No. 149) on the docket, no later than July 7, 2021.

**SO ORDERED.**

                      _____
                      SARAH NETBURN
                      United States Magistrate Judge

Dated: July 1, 2021
   New York, New York