UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JONATHAN SCHWARTZ,

                        Plaintiff,

     -against-                                      17 **CIVIL** 4124 (SN)

## JUDGMENT

SENSEI, LLC, et al.,

                        Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 25, 2022, Sensei is liable for $300,000 in liquidated damages, plus 9% prejudgment simple interest, calculated from May 10, 2016, to the date of judgment, in the amount of $156,600.00. Judgment is entered for the Plaintiff; accordingly, the case is closed.

**Dated:** New York, New York

         February 25, 2022

                                                           **RUBY J. KRAJICK**

                                                           Clerk of Court

                              **BY:**

                                                           **Deputy Clerk**